■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN H. DONOHUE, Appellant. [628 NYS2d 550] —Appeal by the defendant from three judgments of the County Court, Westchester County (Carey, J.), all rendered August 12, 1994, convicting him of grand larceny in the fourth degree under Indictment No. 93-00746, burglary in the second degree under Indictment No. 93-00747, and burglary in the second degree (two counts) under Indictment No. 93-01586, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf., *People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Rosenblatt, Krausman and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN ESPINAL, Appellant. [628 NYS2d 550] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated March 9, 1987 *(People v Espinal,* 128 AD2d 634), affirming a judgment of the Supreme Court, Kings County, rendered April 21, 1983, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Bracken, J. P., Sullivan, Balletta and Thompson, JJ., concur.